NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ISAIAH JOEL DUPREE,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-3666
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )

Opinion filed July 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Isaiah Joel Dupree, pro se.


PER CURIAM.


            Affirmed.


KELLY, VILLANTI, and SLEET, JJ., Concur.